# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MJC CONFECTIONS LLC d/b/a HAMPTON POPCORN COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>MURRAY ENTERPRISES INC. d/b/a JACK'S CANDY<br><br>    Defendant. | Case No. 2:21-CV-01112-SDW-LDW<br><br>**FINAL JUDGMENT** |

  THIS MATTER having been opened to the Court by way of motion filed by plaintiff MJC Confections LLC d/b/a Hampton Popcorn Company ("MJC"), by its attorneys, Seyfarth Shaw LLP (James S. Yu, Esq. and Howard M. Wexler, Esq., appearing), seeking the entry of final judgment by default against defendant Murray Enterprises Inc. d/b/a Jack's Candy (Defendant") pursuant to Fed. R. Civ. P. 55(b)(2); and it appearing that the Complaint in this matter was filed on January 25, 2021, seeking damages as a result of a breach of contract; and service of a copy of the Summons and Complaint having been completed upon Defendant on February 3, 2021, and the time for Defendant to respond to the Complaint having expired; and Defendant having not been granted an extension of time within which to interpose an answer, having failed to interpose an answer or otherwise respond to the Complaint; and it appearing that default was duly noted by the Clerk of the Court against Defendant on March 8, 2021, for its failure to plead or otherwise defend in this action; and MJC having provided defendants with notice of the motion for default judgment; and the Court having reviewed the papers; and good cause having been shown:

IT IS on this <u>14th</u> day of <u>April</u>, 2021

ORDERED as follows:

1. MJC's motion for default judgment against defendants for breach of contract is GRANTED in the amount of $97,641.24, plus interest in accordance with 28 U.S.C. § 1961.

2. MJC's remaining claims in the Complaint are dismissed without costs.

_____
HON. SUSAN D. WIGENTON, U.S.D.J.